**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

MDL No: **2417**                                                                                 Docket No. **1**

**MAJOR DEFICIENCY LIST**
*(Counsel Notification of Deficiency Required)*

The following deficiencies are considered MAJOR and must be corrected by the filing party within the allotted time or an ***Order Striking Pleading*** may be issued by the Clerk of the Panel.

**Correction Required: 14 days from date of Notice**

_X_ Motion Practice/Schedule Incomplete and/or not included  (Rule 6.1(b)(ii))
      Please include a Schedule of Actions listing the following:
           Complete caption name for each action
           District Court name and Division where action is pending
           Civil Action number of each action
           Name of Judge assigned to each action

_X_ Motion Practice/Proof of Service Incomplete/District Courts or Parties Not Served (Rule 6.1(b)(iii))
      Please revise Proof of Service to include counsel for the following parties:
           Keith Judd
           Thomas G. MacLearan
           Leah Lax
           David Farrar
           Larry Rappaport
           Lucien Vita
           Carol Vita
           Natalie Tennant
           Debra Bowen
           Brian Kemp
           Ballot Law Commission of State of New Hampshire
           Brian Fedorka
           Laurie Roth
           Democratic Party of Mississippi
           Loretta Fuddy
           Kathleen Sebelius
      Please also serve District Courts Southern District of Mississippi, Norther District of Texas and the Central District of California with your Motion papers and supporting documents.
      Proof of Service should include addresses for all pro se parties and law firm address, telephone number, fax number and email address for any attorneys. Each party should be listed on the proof of service with the corresponding counsel if available.

_X_ Pleading over page limit/Brief (20 pages); Reply (10 pages) (Rule 3.2(a)(iii))
      Please revise Brief and limit to 20 pages.
      Clearly state the Suggested Transferee District

***The time allotted to correct deficiencies is subject to change. Please read carefully to ensure full compliance.***

**Correction Deadline: October 26, 2012**

Dated: October 12, 2012

                                                        FOR THE PANEL:

                                                        Jeffery N. Lüthi
                                                        Clerk of the Panel